**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**LEBLANC'S U-PAK-IT, INC.**                    **CASE NO.  3:22-CV-01985**

**VERSUS**                                                      **JUDGE TERRY A. DOUGHTY**

**MAXUM INDEMNITY COMPANY**              **MAG. JUDGE MCCLUSKY**

**JUDGMENT**

Considering the foregoing Voluntary Motion to Dismiss [Doc. No. 11] filed by Plaintiff,

LeBlanc's U-Pak-It, Inc. ("LeBlanc"),

**IT IS ORDERED** that the Motion is **GRANTED**. The claims of LeBlanc against

Defendant, Maxum Indemnity Company, are **DISMISSED WITH PREJUDICE**, each party to

bear their own costs.

**THUS DONE AND SIGNED** in Chambers on this 27th day of April, 2023.

_____
Terry A. Doughty
United States District Judge